FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-20-00516-CV

Heriberto D. **GONZALEZ**,
Appellant

v.

Salvador **JOHNSON**, Sr.,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2019CVH002459C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

Audra G. Welter's motion to withdraw as counsel is GRANTED. David J. Campbell remains lead attorney for appellant.

It is so **ORDERED** October 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT